# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JENELL D. LOWE                                                                    PLAINTIFF

v.                                        NO. 4:16CV00328 JLH

ARKANSAS STATE HOSPITAL                                          DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

IT IS SO ORDERED this 15th day of July, 2016.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE